**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
Email: *csanders@BarshaySanders.com*
*Attorneys for Plaintiff*
Our File No.: 116508

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ NOV 13 2018 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RVC Floor Décor, Ltd.<br><br>Plaintiff,<br><br>vs.<br><br>Floor & Decor Holdings, Inc. and Floor and Décor Outlets of America, Inc.,<br><br>Defendant. | Docket No.:<br>**CV18 6449**<br><br>**ORDER TO SHOW CAUSE**<br><br>HURLEY, J.<br><br>LINDSAY, M.J. |

Upon the affidavit of Glenn Altarac., sworn this 13th day of November 2018, and upon the affidavits of Allegra O'Donnell, Christina Silvestri, Steve Boros, Kyle Riordan, and Caren Gordon each also sworn this 13th day of November 2018, and upon the copy of the complaint hereto attached, it is:

**ORDERED**, that the above-named Defendants show cause before the Honorable _____ of this Court at Room ___, United States Courthouse, Eastern District of New York, 100 Federal Plaza, Central Islip, NY 11722, on _____ at _____ o'clock in the _____ forenoon thereof, or as soon thereafter as counsel may be heard, why an Order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure preliminarily enjoining Defendants from: (a) using the name "Floor & Decor" in connection with the marketing of flooring products in Kings, Queens, Nassau and Suffolk Counties, New York; (b) performing any acts that

1

are likely to mislead consumers into believing that Defendants and/or their products are affiliated in any way with Plaintiff; and (c) committing any other acts that infringe Plaintiff's trade names or service marks or constitute unfair competition against Plaintiff; and it is further

**ORDERED**, that sufficient cause having been alleged, pending the hearing and determination of Plaintiff's application for a preliminary injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure, Defendants are temporarily restrained from: (a) using "Floor & Decor" in connection with the marketing of flooring products in Kings, Queens, Nassau and Suffolk Counties, New York; (b) performing any acts that are likely to mislead consumers into believing that Defendants and/or their products are affiliated in any way with Plaintiff; and (c) committing any other acts that infringe Plaintiff's trade names or service marks or constitute unfair competition against Plaintiff; and it is further

**ORDERED**, that a copy of this Order, together with the papers upon which it is granted, be personally served upon the Defendants or their attorney on or before _____ by _____, and that such service be deemed good and sufficient.

DATED:   Central Islip, New York
         _____


                                        _____
                                        United States District Judge